# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 12/30/2025 |
| Case: 25–31046 | Form ID: 309C | Total: 85 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Poseidon Adventures, Inc. | 1198 Cedarwood Dr. | Moraga, CA 94556 | |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153 | San Francisco, CA 94102 |
| tr | Sarah L. Little | 2415 San Ramon Valley Blvd. #4432 | San Ramon, CA 94583 | |
| aty | David A. Arietta | Law Offices of David A. Arietta | 700 Ygnacio Valley Rd. #150 | Walnut Creek, CA 94596 |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15845676 | 590 4th Street LLC | P.O. Box 78068 | San Francisco, CA 94107 | |
| 15845677 | ADP | PO Box 31001–1874 | Pasadena, CA 91110 | |
| 15845678 | Alan Lim | 6147 Seminary Ave Apt 3 | Oakland, CA 94605 | |
| 15845679 | Alessandro Barrera | 494 8th Ave | San Francisco, CA 94118 | |
| 15845680 | Alyssa Kubota | 950 Redwood Shores Pkwy C305 | Redwood City, CA 94065 | |
| 15845681 | Amanda Galton | 121 Mateo St | San Francisco, CA 94131 | |
| 15845682 | American Express | P.O. Box 96001 | Los Angeles, CA 90096 | |
| 15845683 | Andrew Buck Tower | 601 4th St | San Francisco, CA 94107 | |
| 15845684 | Anna Sedlackova | 701 China Bason St APT 606 | San Francisco, CA 94158 | |
| 15845685 | Annie Bladwin | 3924 26th St | San Francisco, CA 94131 | |
| 15845686 | Austin Biegler | 6410 Geary Blvd | San Francisco, CA 94121 | |
| 15845687 | Bamboo Reef Enterprises, Inc. | 405 Tharp Drive | Moraga, CA 94556 | |
| 15845688 | Beach Hopper II Dive Charters | 13526 Warren Ave. | East Garrison, CA 93933 | |
| 15845689 | Ben Rogers | 1333 Rhode Island Street | San Francisco, CA 94107 | |
| 15845690 | Brandyn Gabel | 1246 Castro St Apt. 3 | San Francisco, CA 94114 | |
| 15845691 | Brian Stanley | 1198 Cedarwood Dr. | Moraga, CA 94556 | |
| 15845692 | Capital One | PO Box 71083 | Charlotte, NC 28272 | |
| 15845693 | Carter McCardwell | 2585 Clay St Apt 1 | San Francisco, CA 94115 | |
| 15845694 | Chelsea Jeakins | 1389 Metz ave | Seaside, CA 93955 | |
| 15845695 | Chuyun Wang | 803 Juana Ave | San Leandro, CA 94577 | |
| 15845696 | Columbus Property Management | 535 Foam Street | Monterey, CA 93940 | |
| 15845697 | David Watson | 5895 Mendocino Avenue | Oakland, CA 94618 | |
| 15845698 | Edric Tam | 599 3rd St Apt 203 | San Francisco, CA 94107 | |
| 15845699 | Eitan Adler | 1285 Sutter Street Unit 609 | San Francisco, CA 94109 | |
| 15845700 | Elaine Carlson | 1951 Telegraph Ave Apt #203 | Oakland, CA 94612 | |
| 15845701 | Giselle Alexandra Roude | 206 Font Blvd | San Francisco, CA 94132 | |
| 15845702 | Greg Fitterer | 1526 Escondido Way | Belmont, CA 94002 | |
| 15845703 | Guy Brenner | 1040 Pine Lane | Lafayette, CA 94549 | |
| 15845704 | Head Water Sports | 430 South Congress Suite 1A | Delray Beach, FL 33445 | |
| 15845705 | Heather Grenier | 3652 Clay Street | San Francisco, CA 94118 | |
| 15845706 | Hugh Alley | 1000 Hampshire St | San Francisco, CA 94110 | |
| 15845707 | James Ryan Brady | 1808 Nadina St | Seaside, CA 93955 | |
| 15845708 | Jarlath O'Brien | PO Box 223775 | Carmel, CA 93922 | |
| 15845709 | Jean Cutter | 79 Hill St | San Francisco, CA 94110 | |
| 15845710 | Jennifer Klare | 2124 Mckinley Ave #15 | Berkeley, CA 94703 | |
| 15845711 | Jeremie Osaghae–Nosa | 909 Tilton Ave. | San Francisco, CA 94107 | |
| 15845712 | Jon Ansorge | 36695 Straight Away Drive | Boumont, CA 92223 | |
| 15845713 | Jordan Guardamagni | 400 Spear St Apt 121 | San Francisco, CA 94105 | |
| 15845714 | Justin Liu | 400 Beale Street #806 | San Francisco, CA 94105 | |
| 15845715 | Keerat Sarika Singh | 923 Folsom St Apt 101 | San Francisco, CA 94107 | |
| 15845716 | Langineers | 1799 Bayshore Hwy, Suite 230 | Burlingame, CA 94010 | |
| 15845717 | Mackenzie Roth | 3157 Hacienda Drive | Pebble Beach, CA 93953 | |
| 15845718 | Makenna Jansen | 435 Via Del Rey | Monterey, CA 93940 | |
| 15845719 | Maria Fernanda Gonzalez | 127 Winham Street | Salinas, CA 93901 | |
| 15845720 | Mark Stanley | 1198 Cedarwood Drive | Moraga, CA 94556 | |
| 15845721 | Mark Stanley | 405 Tharp Drive | Moraga, CA 94556 | |
| 15845722 | Matthew McGuire | 2965 Parrin Court | Concord, CA 94518 | |
| 15845723 | McLain Leonard | 570 Vista Ave | Palo Alto, CA 94306 | |
| 15845724 | Meena Gupta–Iwasaki | 555 4th St. Apt 105 | San Francisco, CA 94107 | |
| 15845725 | Mila Mathias | 3617 23rd St | San Francisco, CA 94110 | |
| 15845726 | Monterey City Disposal | PO Box 2780 | Monterey, CA 93942 | |
| 15845727 | Nanette Collins | 1177 California Street | San Francisco, CA 94108 | |
| 15845728 | National Funding | 4380 La Jolla Village Drive | San Diego, CA 92122 | |
| 15845729 | Nicky Bradley | 905 Minnesota Street | San Francisco, CA 94107 | |
| 15845730 | Nicolas Solzano | 4155 Canada Ct | Carmel, CA 93923 | |
| 15845731 | Odyssey Education Group | 393 Carmel Ave | Marina, CA 93933 | |
| 15845732 | PG&E | PO Box 997300 | Sacramento, CA 95899–7300 | |

| | | | | | |
|---|---|---|---|---|---|
| 15845733 | Philippa Rock | 3210 Gough Street | Apt 301 | San Francisco, CA 94123 | |
| 15845734 | Recology Golden Gate | P.O. Box 60846 | Los Angeles, CA 90060 | | |
| 15845735 | Robert Bartlett | 1904 Kiva Rd | Santa Fe, NM 87505 | | |
| 15845736 | Robert Coomber | 1 Tamalpais Commons Lane | Mill Valley, CA 94941 | | |
| 15845737 | Robert O'Connell | 958 Cascade Drive | Sunnyvale, CA 94087 | | |
| 15845738 | Rosemary Mena–Werth | 456 Dela Vina Ave | Apt H3 | Monterey, CA 93940 | |
| 15845739 | San Francisco Treasurer & Tax Collector | 1 Dr. Carlton P Goodlett Place | San Francisco, CA 94102 | | |
| 15845740 | Scot Conner | 1501 Filbert St | Apt 3C | San Francisco, CA 94123 | |
| 15845741 | Scott Ogg | 342 Liberty Street | San Francisco, CA 94114 | | |
| 15845742 | Scott Quinn | 2950 Clay Street | Unit 204 | San Francisco, CA 94115 | |
| 15845743 | Shaun Hogan | 1169A South Van Ness Avenue | San Francisco, CA 94110 | | |
| 15845744 | Sophie Menashi | 1467 8th Ave | San Francisco, CA 94122 | | |
| 15845745 | Steven Lucas | 25 Wyndemere Way | Monterey, CA 93940 | | |
| 15845746 | Styles Scroggins | 3515 Northwood Dr | Unit D | Concord, CA 94520 | |
| 15845747 | Ted Shen | 18 Dockside Circle | Redwood City, CA 94065 | | |
| 15845748 | U.S. Small Business Administration | Attn: District Counsel | 455 Market Street, Suite 600 | San Francisco, CA 94105 | |
| 15845749 | Webpass Inc. | P.O. Box 889046 | Los Angeles, CA 90088 | | |
| 15845750 | Wells Fargo | 655 8TH ST | FL 1 | San Francisco, CA 94103 | |
| 15845751 | Whitney Missildine | 482 40th St | Unit 21 | Oakland, CA 94609 | |
| 15845752 | Yelena Chamanova | 3924 26th Street | San Francisco, CA 94131 | | |
| 15845753 | Zachary Linhart | 2 Bayside Village Pl | Apt 7–403 | San Francisco, CA 94107 | |

TOTAL: 85