In re: Case No. 25-31046-DM

Poseidon Adventures, Inc. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 3
Date Rcvd: Dec 30, 2025      Form ID: 309C      Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Poseidon Adventures, Inc., 1198 Cedarwood Dr., Moraga, CA 94556-1711 |
| 15845676 | + | 590 4th Street LLC, P.O. Box 78068, San Francisco, CA 94107-8068 |
| 15845677 | + | ADP, PO Box 31001-1874, Pasadena, CA 91110-0001 |
| 15845678 | + | Alan Lim, 6147 Seminary Ave, Apt 3, Oakland, CA 94605-1873 |
| 15845679 | + | Alessandro Barrera, 494 8th Ave, San Francisco, CA 94118-3008 |
| 15845680 | + | Alyssa Kubota, 950 Redwood Shores Pkwy, C305, Redwood City, CA 94065-7416 |
| 15845681 | + | Amanda Galton, 121 Mateo St, San Francisco, CA 94131-3043 |
| 15845683 | + | Andrew Buck Tower, 601 4th St, San Francisco, CA 94107-1635 |
| 15845684 | + | Anna Sedlackova, 701 China Bason St, APT 606, San Francisco, CA 94158-2370 |
| 15845685 | + | Annie Bladwin, 3924 26th St, San Francisco, CA 94131-2002 |
| 15845686 | + | Austin Biegler, 6410 Geary Blvd, San Francisco, CA 94121-1808 |
| 15845687 | + | Bamboo Reef Enterprises, Inc., 405 Tharp Drive, Moraga, CA 94556-2528 |
| 15845688 | + | Beach Hopper II Dive Charters, 13526 Warren Ave., East Garrison, CA 93933-4992 |
| 15845689 | + | Ben Rogers, 1333 Rhode Island Street, San Francisco, CA 94107-3246 |
| 15845690 | + | Brandyn Gabel, 1246 Castro St, Apt. 3, San Francisco, CA 94114-3236 |
| 15845691 | + | Brian Stanley, 1198 Cedarwood Dr., Moraga, CA 94556-1711 |
| 15845693 | + | Carter McCardwell, 2585 Clay St, Apt 1, San Francisco, CA 94115-1837 |
| 15845694 | + | Chelsea Jeakins, 1389 Metz ave, Seaside, CA 93955-3208 |
| 15845695 | + | Chuyun Wang, 803 Juana Ave, San Leandro, CA 94577-5124 |
| 15845696 | + | Columbus Property Management, 535 Foam Street, Monterey, CA 93940-7506 |
| 15845697 | | David Watson, 5895 Mendocino Avenue, Oakland, CA 94618 |
| 15845698 | + | Edric Tam, 599 3rd St, Apt 203, San Francisco, CA 94107-3802 |
| 15845699 | + | Eitan Adler, 1285 Sutter Street, Unit 609, San Francisco, CA 94109-5573 |
| 15845700 | + | Elaine Carlson, 1951 Telegraph Ave, Apt #203, Oakland, CA 94612-2212 |
| 15845701 | + | Giselle Alexandra Roude, 206 Font Blvd, San Francisco, CA 94132-2404 |
| 15845702 | + | Greg Fitterer, 1526 Escondido Way, Belmont, CA 94002-3635 |
| 15845703 | + | Guy Brenner, 1040 Pine Lane, Lafayette, CA 94549-2949 |
| 15845704 | + | Head Water Sports, 430 South Congress, Suite 1A, Delray Beach, FL 33445-4701 |
| 15845705 | + | Heather Grenier, 3652 Clay Street, San Francisco, CA 94118-1804 |
| 15845706 | + | Hugh Alley, 1000 Hampshire St, San Francisco, CA 94110-3426 |
| 15845707 | + | James Ryan Brady, 1808 Nadina St, Seaside, CA 93955-4117 |
| 15845708 | + | Jarlath O'Brien, PO Box 223775, Carmel, CA 93922-3775 |
| 15845709 | + | Jean Cutter, 79 Hill St, San Francisco, CA 94110-2312 |
| 15845710 | + | Jennifer Klare, 2124 Mckinley Ave, #15, Berkeley, CA 94703-1551 |
| 15845711 | | Jeremie Osaghae-Nosa, 909 Tilton Ave., San Francisco, CA 94107 |
| 15845712 | + | Jon Ansorge, 36695 Straight Away Drive, Boumont, CA 92223-8150 |
| 15845713 | + | Jordan Guardamagni, 400 Spear St, Apt 121, San Francisco, CA 94105-1692 |
| 15845714 | + | Justin Liu, 400 Beale Street, #806, San Francisco, CA 94105-4417 |
| 15845715 | + | Keerat Sarika Singh, 923 Folsom St, Apt 101, San Francisco, CA 94107-2287 |
| 15845716 | + | Langineers, 1799 Bayshore Hwy, Suite 230, Burlingame, CA 94010-1312 |
| 15845717 | + | Mackenzie Roth, 3157 Hacienda Drive, Pebble Beach, CA 93953-2807 |
| 15845718 | + | Makenna Jansen, 435 Via Del Rey, Monterey, CA 93940-2537 |
| 15845719 | + | Maria Fernanda Gonzalez, 127 Winham Street, Salinas, CA 93901-3316 |
| 15845721 | + | Mark Stanley, 405 Tharp Drive, Moraga, CA 94556-2528 |
| 15845720 | + | Mark Stanley, 1198 Cedarwood Drive, Moraga, CA 94556-1711 |

| | | |
|---|---|---|
| 15845722 | + | Matthew McGuire, 2965 Parrin Court, Concord, CA 94518-2837 |
| 15845723 | #+ | McLain Leonard, 570 Vista Ave, Palo Alto, CA 94306-3200 |
| 15845724 | + | Meena Gupta-Iwasaki, 555 4th St., Apt 105, San Francisco, CA 94107-1604 |
| 15845725 | + | Mila Mathias, 3617 23rd St, San Francisco, CA 94110-2920 |
| 15845726 | + | Monterey City Disposal, PO Box 2780, Monterey, CA 93942-2780 |
| 15845727 | + | Nanette Collins, 1177 California Street, San Francisco, CA 94108-2212 |
| 15845729 | + | Nicky Bradley, 905 Minnesota Street, San Francisco, CA 94107-3011 |
| 15845730 | + | Nicolas Solzano, 4155 Canada Ct, Carmel, CA 93923-8946 |
| 15845731 | + | Odyssey Education Group, 393 Carmel Ave, Marina, CA 93933-3222 |
| 15845733 | + | Philippa Rock, 3210 Gough Street, Apt 301, San Francisco, CA 94123-2339 |
| 15845734 | + | Recology Golden Gate, P.O. Box 60846, Los Angeles, CA 90060-0846 |
| 15845735 | + | Robert Bartlett, 1904 Kiva Rd, Santa Fe, NM 87505-3315 |
| 15845736 | #+ | Robert Coomber, 1 Tamalpais Commons Lane, Mill Valley, CA 94941-3464 |
| 15845737 | + | Robert O'Connell, 958 Cascade Drive, Sunnyvale, CA 94087-4042 |
| 15845738 | + | Rosemary Mena-Werth, 456 Dela Vina Ave, Apt H3, Monterey, CA 93940-3946 |
| 15845739 | + | San Francisco Treasurer & Tax Collector, 1 Dr. Carlton P Goodlett Place, San Francisco, CA 94102-4603 |
| 15845740 | + | Scot Conner, 1501 Filbert St, Apt 3C, San Francisco, CA 94123-3897 |
| 15845741 | + | Scott Ogg, 342 Liberty Street, San Francisco, CA 94114-2921 |
| 15845742 | + | Scott Quinn, 2950 Clay Street, Unit 204, San Francisco, CA 94115-1772 |
| 15845743 | + | Shaun Hogan, 1169A South Van Ness Avenue, San Francisco, CA 94110-3214 |
| 15845744 | + | Sophie Menashi, 1467 8th Ave, San Francisco, CA 94122-3748 |
| 15845745 | + | Steven Lucas, 25 Wyndemere Way, Monterey, CA 93940-5813 |
| 15845746 | + | Styles Scroggins, 3515 Northwood Dr, Unit D, Concord, CA 94520-4552 |
| 15845747 | + | Ted Shen, 18 Dockside Circle, Redwood City, CA 94065-1770 |
| 15845749 | + | Webpass Inc., P.O. Box 889046, Los Angeles, CA 90088-9046 |
| 15845750 | + | Wells Fargo, 655 8TH ST, FL 1, San Francisco, CA 94103-4901 |
| 15845751 | + | Whitney Missildine, 482 40th St, Unit 21, Oakland, CA 94609-2552 |
| 15845752 | + | Yelena Chamanova, 3924 26th Street, San Francisco, CA 94131-2002 |
| 15845753 | + | Zachary Linhart, 2 Bayside Village Pl, Apt 7-403, San Francisco, CA 94107-1438 |

TOTAL: 74

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: david@ariettalaw.com | Dec 31 2025 00:48:00 | David A. Arietta, Law Offices of David A. Arietta, 700 Ygnacio Valley Rd. #150, Walnut Creek, CA 94596 |
| tr | + | Email/Text: sarah.little@txitrustee.com | Dec 31 2025 00:48:00 | Sarah L. Little, 2415 San Ramon Valley Blvd. #4432, San Ramon, CA 94583-5381 |
| smg | | EDI: EDD.COM | Dec 31 2025 05:41:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 31 2025 05:41:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Dec 31 2025 05:41:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Dec 31 2025 00:49:00 | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3402 |
| 15845682 | + | Email/PDF: bncnotices@becket-lee.com | Dec 31 2025 00:50:04 | American Express, P.O. Box 96001, Los Angeles, CA 90096-8000 |
| 15845692 | + | EDI: CAPITALONE.COM | Dec 31 2025 05:41:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15845728 | + | Email/Text: rzahradka@nationalfunding.com | Dec 31 2025 00:49:00 | National Funding, 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 15845732 | | Email/Text: PGEBankruptcy@pge.com | Dec 31 2025 00:49:00 | PG&E, PO Box 997300, Sacramento, CA |

| | | | | |
|---|---|---|---|---|
| 15845748 | + | Email/Text: bankruptcynotices@sba.gov | Dec 31 2025 00:48:00 | 95899-7300 U.S. Small Business Administration, Attn: District Counsel, 455 Market Street, Suite 600, San Francisco, CA 94105-5472 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Arietta | on behalf of Debtor Poseidon Adventures  Inc. david@ariettalaw.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Sarah L. Little | sarah@littletrustee.com  c141@ecfcbis.com,nancy@littletrustee.com,ecf.alert+Little@titlexi.com |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Poseidon Adventures, Inc. <br> Name | EIN: | 37–1826291 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 7    12/26/25 |
| Case number: | 25–31046 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/20

450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Poseidon Adventures, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Bamboo Reef | |
| 3. | **Address** | 1198 Cedarwood Dr. <br> Moraga, CA 94556 | |
| 4. | **Debtor's attorney** <br> Name and address | David A. Arietta <br> Law Offices of David A. Arietta <br> 700 Ygnacio Valley Rd. #150 <br> Walnut Creek, CA 94596 | Contact phone (925) 472–8000 |
| 5. | **Bankruptcy trustee** <br> Name and address | Sarah L. Little <br> 2415 San Ramon Valley Blvd. #4432 <br> San Ramon, CA 94583 | Contact phone (510) 485–0740 <br> Email: sarah@littletrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case online at <br> https://pacer.uscourts.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: <br> Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone (888) 821–7606 <br><br> Date: 12/30/25 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 23, 2026 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 597 137 6361, and Passcode 5279226855, OR call 1–510–556–5438** <br><br> For additional meeting information go to www.justice.gov/ust/moc. |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5. | | |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | | | |

| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **1**

Case: 25-31046　Doc# 5　Filed: 01/01/26　Entered: 01/01/26 21:16:34　Page 5 of 5