Pleading for Review - Poseidon Adventures
Case# 25-31046

FILED

JAN 16 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



A business owner can sell off assets within 45 days, but the legality and consequences depend heavily on the circumstances, particularly the business's financial health and the intent behind the sales. The primary concern is avoiding actions that could be later classified as **fraudulent transfers** if the business is facing insolvency or planning to file for bankruptcy.

## Key Legal Considerations

- **Reasonably Equivalent Value:** Assets must be sold for their "reasonably equivalent value" (fair market value). Selling assets to friends or family for a fraction of their worth is a major red flag for courts and creditors, especially if done shortly before financial collapse.

- **Intent:** The sale should not be intended to "hinder, delay, or defraud creditors". If the owner is trying to hide assets from creditors, it is considered actual fraud and can lead to severe penalties, including the denial of a bankruptcy discharge or criminal charges.

- **Use of Proceeds:** Document how the proceeds from the sale are used. Using the money for essential business expenses (rent, utilities, payroll) or personal living costs is generally acceptable. Using the funds for luxury items (vacations, expensive personal purchases) or paying off a debt to a relative (a "preferential transfer") may be viewed as an abuse of the process.

- **Timing and Transparency:** A sale close to a potential bankruptcy filing (e.g., within 45 days) will be heavily scrutinized. Full disclosure on bankruptcy schedules and financial statements is crucial.

4:34

〈  ⌒ bamboo reef dive center - san franc...

All    Posts    People    Reels    Groups    P

Bamboo Reef is closing their doors after more than 60 years serving the Bay Area dive community.



Sale
Nov 22, 2025