Form FIND

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Poseidon Adventures, Inc. | Case No.: 25–31046 DM 7 |
| dba Bamboo Reef | Chapter: 7 |
| Debtor(s) | |

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Sarah L. Little is discharged as trustee of the estate of the above–named debtor(s) and the bond is canceled.

☑ the chapter 7 case of the above–named debtor(s) is closed;

and

☐ Other

Dated: 1/23/26                    By the Court:

Dennis Montali
United States Bankruptcy Judge